IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR502 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT ALLEN LAMKE, | ) | ORDER FOR RELEASE |
| | ) | TO IMPATIENT TREATMENT |
| Defendant. | ) | PROGRAM |

This matter is before the Court on the defendant's oral motion to reconsider detention and his request to enter the NOVA treatment program. Upon due consideration of all of the foregoing,

IT IS ORDERED:

1) Defendant shall be released from custody on Wednesday, January 16, 2013, and shall reside in an residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the probation officer, if the defendant is determined to be in full compliance with the conditions of supervision.

2) Defendant shall remain at the RRC until admission to a treatment program approved by his probation officer is available. Upon defendant's admission to the treatment program,

he shall enter such program, and remain in and follow all of the requirements of such program.

3) Defendant shall comply with all subsequent recommendations for any aftercare or halfway house placements following completion of inpatient treatment.

4) The defendant shall comply with all previously ordered conditions of supervised release. Should the defendant be discharged from the program for any reason, or otherwise violate any condition of this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

DATED this 16th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
Lyle E. Strom, Senior Judge
United States District Court